

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-19-00189-CR

Victor Manuel **PEREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6059
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court